**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COLLEEN N. LAUDAT,

    Plaintiff,

v.                                                                 Case No: 6:23-cv-2169-WWB-LHP

LEXIS NEXIS RISK SOLUTIONS,
INC.,

    Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT LEXISNEXIS RISK SOLUTIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Doc. No. 9)
>
> **FILED:** December 21, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court notes that the motion fails to comply with Local Rule 3.01(a). Going forward, counsel is cautioned that future motions that fail to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and/or Court Orders may be stricken or

- 2 -

The deadline for Defendant to respond to the complaint is extended up to and including **January 22, 2024**.

**DONE** and **ORDERED** in Orlando, Florida on December 21, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

summarily denied without further notice.